UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

      Plaintiff,

vs.                                    ORDER ADOPTING THE
                                          REPORT AND RECOMMENDATION

Paul Cory Fenstermaker,

      Defendant.                        Crim. No. 07-78 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

    1.    That the Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 16] is denied as moot.

    2.    That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 19] is denied as moot.

Dated: April 27, 2007

                                                  s/David S. Doty
                                                  DAVID S. DOTY
                                                  United States District Court Judge